Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of talyrond apparatus and equipment similar in all material respects to those the subject of Abstract 64440, the claim of the plaintiff was sustained.

**No. 66507.**—Engis Equipment Company v. United States, protest 266281–K/7298 (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of talyrond apparatus and equipment similar in all material respects to those the subject of Abstract 64440, the claim of the plaintiff was sustained.

**No. 66508.**—J. C. De Jong & Co., Inc., et al. v. United States, protests 60/17878, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of brass pole rings similar in all material respects to those the subject of *Kroder Reubel Co., Inc., et al.* v. *United States* (44 Cust. Ct. 274, C.D. 2186), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 28, 1961

**No. 66509.**—C. J. Tower & Sons of Niagara, Inc. v. United States, protest 59/19014 (Buffalo).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of nickel-bearing materials similar in all material respects